KUTTROFF, PICKHARDT & CO. (INC.) *v.* UNITED STATES (No. 2366)[1]

CONSTRUCTION, SECTION 501, TARIFF ACT OF 1922—FINDING IN WRITING BY
BOARD IN APPRAISEMENT APPEALS.

Following Kuttroff, Pickhardt & Co. (Inc.) *v.* United States (12 Ct. Cust.
Appls. 261; T. D. 40269), the direction of section 501, tariff act of 1922, to the
Board of Three General Appraisers in appraisement appeals to "state its
action in a written decision to be forwarded to the collector, setting forth
the facts upon which the finding is based and the reasons therefor" is for the
purpose of enabling the Court of Customs Appeals to review the decision "upon
a question or questions of law only," and is mandatory. The cause is remanded
for such written finding to be made.

## United States Court of Customs Appeals, June 28, 1924

APPEAL from Board of United States General Appraisers, Reappraisement
Circular 34428

[Remanded.]

*Barnes, Wilson & Halstead* (*Frank M. Halstead* and *Albert MacC. Barnes, jr.*,
of counsel) for appellant.

*William W. Hoppin*, Assistant Attorney General (*Samuel M. Richardson* and
*John G. Lerch*, special attorneys, of counsel), for the United States.

*Marion De Vries* (*De Vries, Doherty, Davis & Lamb* of counsel) amicus
curiae.

---

[1] T. D. 40317.

318        12 COURT OF CUSTOMS APPEALS.

[Oral argument May 22 and 23, 1924, by Mr. Halstead, Mr. Richardson, and Mr. De Vries]

Before MARTIN, Presiding Judge, and SMITH, BARBER, BLAND, and HATFIELD,. Associate Judges

BLAND, Judge, delivered the opinion of the court:

This appeal involves a number of close and important questions with reference to the value, appraisement, and rate of duty on imported dye. The decision of the Board of General Appraisers does not comply with section 501 of the tariff act of 1922, which requires that it state its finding of facts and conclusions of law. We here adopt the decision of the court in Kuttroff, Pickhardt & Co. (Inc.) v. United States (12 Ct. Cust. Appls. 261; T. D. 40269), which is controlling in the case.

The case is therefore remanded to the Board of General Appraisers to enable it to make its findings of facts and conclusions of law as in the statute provided.